1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4

5  LOWELL C. POWELL  (CABN 235446)
   Special Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California  94102
7      Telephone:    (415) 436-7368
       Facsimile:    (415) 436-7234
8      Email: lowell.powell2@usdoj.gov

9  Attorneys for Plaintiff

**FILED**

AUG 1 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15  UNITED STATES OF AMERICA,          )     NO. CR 10-0583 RS
                                       )
16           Plaintiff,                )
                                       )
17      v.                             )
                                       )   STIPULATION AND [PROPOSED]
18  NICANOR HERNANDEZ PEREZ,           )   ORDER EXCLUDING TIME UNDER 18
    a/k/a NICANOR PEREZ                )   U.S.C. § 3161
19       HERNANDEZ,                    )
                                       )
20           Defendant.                )
                                       )
21  _____)

22      On August 5, 2010, the parties in this case appeared before the Court.  At that time, the

23  Court set the matter to August 31, 2010 at 10:00 a.m. before the Honorable Richard Seeborg.  On

24  August 9, 2010, the clerk for the Honorable Richard Seeborg notified the parties that the matter

25  set for August 31, 2010, was continued to September 7, 2010.  The parties have agreed to

26  exclude the period of time between August 5, 2010 and September 7, 2010, from any time limits

27  applicable under 18 U.S.C. § 3161.  The parties represented that granting the exclusion would

28  allow the reasonable time necessary for effective preparation of counsel.  *See* 18 U.S.C. §

STIPULATION & [PROPOSED] EXCLUDING TIME
NO. CR 10-0583 RS                                                              1

1  3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an

2  exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18

3  U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement.

4

5

6  SO STIPULATED:

7                                          JOSEPH P. RUSSONIELLO
8                                          United States Attorney

9

10 DATED: August 12, 2010                        /s/
                                          LOWELL C. POWELL
11                                         Special Assistant United States Attorney

12

13 DATED: August 12, 2010                        /s/
                                          ELIZABETH FALK
14                                         Attorney for NICANOR HERNANDEZ PEREZ

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] EXCLUDING TIME
NO. CR 10-0583 RS                                                                    2

1

2                                    [PROPOSED] ORDER

3          For the reasons stated above and at the August 5, 2010 hearing, the Court finds that the

4   exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from August 5,

5   2010 through September 7, 2010 is warranted and that the ends of justice served by the

6   continuance outweigh the best interests of the public and the defendant in a speedy trial. 18

7   U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel

8   for the defendant and for the Government the reasonable time necessary for effective preparation,

9   taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18

10  U.S.C. §3161(h)(7)(B)(iv).

11

12      IT IS SO ORDERED.

13

14  DATED: _Ag 12, 2010_                       _____
                                                THE HONORABLE ELIZABETH D. LAPORTE
15                                              United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] EXCLUDING TIME
NO. CR 10-0583 RS                                                                          3