MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7368
   Facsimile:      (415) 436-7234
   Email: lowell.powell2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 10-0583 RS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| NICANOR HERNANDEZ PEREZ, | ) | **ORDER EXCLUDING TIME UNDER 18** |
| a/k/a NICANOR PEREZ | ) | **U.S.C. § 3161** |
| HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On September 7, 2010, the parties in this case appeared before the Court.  At that time, the Court continued the matter to September 28, 2010.  The parties have agreed to exclude the period of time between September 7, 2010 and September 28, 2010, from any time limits applicable under 18 U.S.C. § 3161.  The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18

U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this agreement.

SO STIPULATED:

        MELINDA HAAG (CABN 132612)
        United States Attorney

DATED: September 21, 2010

        /s/
        LOWELL C. POWELL
        Special Assistant United States Attorney

DATED: September 21, 2010        /s/
        ELIZABETH FALK
        Attorney for NICANOR HERNANDEZ PEREZ

[~~PROPOSED~~] ORDER

For the reasons stated above and at the September 7, 2010 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from September 7, 2010 and September 28, 2010, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 9/22/10

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge