BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant HERNANDEZ-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>      Plaintiff,  )<br>            )<br>   v.  )<br>            )<br>NICANOR HERNANDEZ-PEREZ,  )<br>            )<br>      Defendant.  )<br>            )<br>_____)  | No. CR 10-583 RS<br><br>STIPULATION and [PROPOSED]<br>ORDER TO CONTINUE MOTION<br>SCHEDULE<br><br>Date: December 14, 2010<br>Time: 2:30 p.m.<br>Court: The Honorable Richard Seeborg |

Undersigned counsel stipulate as follows:

1. A motion hearing is currently scheduled in this matter on December 14, 2010 at 2:30 a.m. on Mr. Hernandez-Perez' Motion to Dismiss Indictment;

2. Defense counsel needs additional time to procure declarations and research the motion. The issues surrounding this motion are proving more complicated than defense counsel originally anticipated, after consulting with an immigration expert and providing Mr. Hernandez' immigration file to that expert. Four complex issues of law involving the intersection of immigration precedent and 8 § 1326(d) precedent have been identified. Moreover, Mr. Hernandez' children have not yet been located, who may be able to provide declaratory support for the motion. All of this evidence must be included in the opening motion;

3. In addition, defense counsel has been otherwise occupied with two time-

intensive cases that have taken up most of her work time during the month of October and early November. The two cases are *United States v. Saavedra*, CR-10-179 WHA, which is a drug conspiracy case involving a year-long wiretap and multiple kilograms of heroin, cocaine and methamphetamine. This case was set on an expedited trial and motion schedule on September 14, 2010 and despite counsel's best efforts, has not settled. Complex motions, including a wiretap motion involving five wiretap and 10 pen register applications, are due November 16, 2010. This case involves two prior convictions and the client is facing mandatory life imprisonment. His plea offer to avoid the filing of his prior convictions expires next week, on November 16, 2010. Most of the latter part of October has thus been spent researching the wiretap and other motions related to this case, as well as counseling the client on the viability of a trial defense;

4. Defense counsel's other major case, *United States v. Brosnan*, CR-10-0-068 WHA, is now set for trial November 29, 2010. This case is a ten count wire fraud, perjury, obstruction of justice, and aggravated identity theft case that was continued for trial from October 18, 2010 due to production of 6 hard drives that defense counsel needed to hire a forensic expert to review and consult with counsel. Defense counsel has been working on this case for the remainder of the month of October and now into November. Trial preparations are ongoing, and trial is anticipated to fully occupy defense counsel from November 29, 2010 through December 14, 2010;

5. Due to the complexity of Mr. Hernandez' motion, defense counsel believes Mr. Hernandez will be prejudiced if she attempts to file the motion during the time period in which she is addressing Mr. Saavedra's mandatory life case and Mr. Brosnan's trial, without fully researching the relevant issues and attaching the necessary declarations;

6. For these reasons, defense counsel requests additional time. Government counsel has no objection to defense counsel's request for additional time. Given the holiday season, defense counsel has suggested a schedule to government counsel to ensure that neither government counsel nor the Court needs to address the motion over the holidays;

7. Accordingly, the proposed motion schedule is as follows:

   Motion to Dismiss Filed:   December 28, 2010
   Response Due:              January 18, 2011
   Reply Due:                 January 25, 2011
   Motion Hearing:            February 1, 2011 at 2:30 p.m

8. The parties jointly request that the Court exclude the period of time between September 28, 2010 and December 28, 2010 be excluded from calculation under the Speedy Trial Act for effective preparation of counsel and continuity of counsel; namely, counsel needs more time to analyze and file the motion to dismiss and cannot due in a vigorous manner while she is responsible for a case of mandatory life imprisonment and is preparing for trial on a different complex case. *See* 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

IT IS SO STIPULATED.

DATED:   November 9, 2010           _____/S/_____

                                    ELIZABETH M. FALK
                                    Assistant Federal Public Defender


DATED:   November 9, 2010           _____/S/_____

                                    LOWELL POWELL
                                    Special Assistant United States Attorney

\\

*U.S. v. Hernandez-Perez*, CR 10-583 RS; STIP
CONTINUE MOTION SCHEDULE                    3

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the schedule on Defendant's Motion to Dismiss is hereby CONTINUED as stated in this stipulation. The hearing on the Motion to Dismiss is hereby continued to February 8, 2011 at 2:30 p.m., and the December 14, 2010 motion hearing date is hereby vacated. The Court further orders and finds, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and the reasons stated in this stipulation, that the failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation of a defense. Accordingly, the Court will exclude the time period of September 28, 2010 through December 28, 2010 from the Speedy Trial calculation, and finds that the ends of justice served by granting the requested two-week continuance outweighs the best interest in the defendant and the public in a speedy trial.

18 U.S.C. § 3161(h)(7)(A) and (B)(iv)

IT IS SO ORDERED.

DATED: 11/12/10          _____
                        THE HONORABLE RICHARD SEEBORG
                        UNITED STATES DISTRICT JUDGE